UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**IDT NETHERLANDS B.V., et al.,**

    **Plaintiffs,**

v.                                                 Case No.  8:05-cv-618-T-30MSS

**CRISTEL TELECOM, INC.,**

    **Defendant.**
_____/

## **ORDER OF DISMISSAL**

Before the Court is the Joint Stipulation and Motion for Entry of Order of Dismissal With Prejudice (Dkt. #31).  In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1. Said Motion (Dkt. #31) is GRANTED.

2. This cause is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on February 16, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-618.dismissal 31.wpd